# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

JOHNNY MILES,

       Plaintiff,

            v.

PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY AND DALE SUNWOLD,

       Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-353-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed with prejudice. Judgment is entered in favor of Defendants.

December 6, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb